IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMOD KHALIL ROHN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-185 |
| | ) | |
| v. | ) | Judge Schwab |
| | ) | Magistrate Judge Bissoon |
| JEFFREY A. BEARD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Jamod Khalil Rohn's civil rights complaint was received on February 8, 2008, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The matter was later assigned to United States Magistrate Judge Cathy S. Bissoon.

The Magistrate Judge's Report and Recommendation, filed on March 13, 2009, recommended that Defendants' Motion for Summary Judgment (Doc. 27) be granted. The parties were allowed ten days from the date of service to file objections. Service was made on the Plaintiff by First Class United States Mail delivered to his place of incarceration, the State Correctional Institution at Fayette, located in LaBelle, Pennsylvania. Objections were due on or before March 30, 2009. None have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 3rd day of April, 2009,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (Doc. 27) is GRANTED.

s/Arthur J. Schwab
Arthur J. Schwab
U.S. District Court Judge

cc:
Jamod-Khalil Rohn
EA4792
P.O. Box 9999
SCI Fayette
LaBelle, PA 15450-0999